IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELVIN SAUNDERS, #40706-037            :

    v.                                    :            CIVIL ACTION NO. AMD-07-2631

UNITED STATES OF AMERICA, et al.       :

MEMORANDUM

Melvin Saunders, an inmate at Metropolitan Detention Center in Brooklyn, New York, petitions this court pursuant to 28 U.S.C. §2241 to compel the Bureau of Prisons to assign him to a Residential Drug Treatment Program.[1] Saunders is serving an 87 month sentence for conspiracy to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846. *See United States v. Saunders*, Criminal Action No. AMD-03-92 (D. Md).

Courts may grant a writ of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). This means that in a § 2241 action, the petition must be filed in the judicial district where petitioner is in custody. *See Braden v. 30th Judicial Circuit,* 410 U.S. 484, 495-500 (1973). In this case, petitioner is in the custody of the Warden of the Metropolitan Detention Center. That facility is located within the jurisdiction of the United States District Court for the Eastern District of New York. Accordingly, this matter will be transferred to that court for all proceedings that may be appropriate.[2] A separate order follows.

Date: October 10, 2007                     _/s/_____
                                                                  Andre M. Davis
                                                                  United States District Judge

---

[1] Upon successful completion of the Residential Drug Abuse Program (RDAP), inmates may be considered for early release from incarceration. *See* 18 U.S.C.§ 3621(e)(2).

[2] To the extent this petition might be construed as a writ in the nature of mandamus, this court will also defer review to the Eastern District of New York.